**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1367**

In Re:  KEITH DOUGLAS ROBINSON,

Petitioner.

On Petition for Writ of Mandamus.
(5:08-cv-00068-GCM)

Submitted:  June 24, 2010                    Decided:  June 29, 2010

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Keith Douglas Robinson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Douglas Robinson petitions for a writ of mandamus seeking to challenge this court's decision in Robinson v. Jackson, No. 08-7943 (4th Cir. Mar. 9, 2009) (unpublished). Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and there are no adequate means to obtain that relief. In re Braxton, 258 F.3d 250, 261 (4th Cir. 2001).

Because mandamus is not the proper remedy for challenging a prior decision of this court, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED